# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Civil Case No. 3'16 CV 0753- SU
_(to be assigned by Clerk of the Court)_

Randy Lee Maidens ,

_____ ,

_(Enter full name of Plaintiff(s))_

**Plaintiff(s),**

v.

Mark Nooth, Superintendent,

Snake River Correctional Institution ,

_(Enter full name of ALL defendant(s))_

**Defendant(s).**

**APPLICATION TO PROCEED**
**_IN FORMA PAUPERIS_**

I, Randy Lee Maidens , declare that I am the plaintiff in the above entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for this proceeding or give security therefore and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1.  Are you currently incarcerated:  ☒ Yes ☐ No

    If "Yes" state the place of your incarceration: Snake River Correctional Institution, 777 Stanton Blvd. Ontario, Oregon 97914

    **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2.  Are you currently employed?  ☐ Yes ☒ No ☐ Self-employed

    a.  If the answer is "Yes" state:

    Employer's name: N/A _____

    Employer's address: N/A _____

    Amount of take-home pay or wages: $ N/A per N/A _(specify pay period)_

b.     If the answer is "No," state:

Name of last employer: Rimrock Trails ATS

Address of last employer: unknown

Date of last employment: 2006

Amount of take home salary or wages: $ 10 00 per hour *(specify pay period)*

3.     Is your spouse or significant-other employed? ☐ Yes ☐ No ☐ Self-employed ☒ Not applicable

If the answer is "Yes," state:

Employer's name: N/A

Employer's address: N/A

Amount of take-home pay or wages: $ N/A per N/A *(specify pay period)*

4.     In the past 12 months have you received any money from any of the following sources?

a.     Business, profession or other self-employment ☐ Yes ☒ No

    If "Yes," state: Amount received: $ N/A

    Amount expected in future: $ N/A

b.     Rent payments, interest, or dividends ☐ Yes ☒ No

    If "Yes," state: Amount received: $ N/A

    Amount expected in future: $ N/A

c.     Pensions, annuities or life insurance payments ☐ Yes ☒ No

    If "Yes," state: Amount received: $ N/A

    Amount expected in future: $ N/A

d.     Disability or workers compensation payments ☐ Yes ☒ No

    If "Yes," state: Amount received: $ N/A

    Amount expected in future: $ N/A

e.     Gifts or inheritances ☐ Yes ☒ No

    If "Yes," state: Amount received: $ N/A

    Amount expected in future: $ N/A

f.     Any other sources ☐ Yes ☒ No

    If "Yes," state: Amount received: $ N/A

    Amount expected in future: $ N/A

5. Do you have cash or checking or savings accounts? ☐Yes ☒No
(including prison trust accounts)?

If "Yes," state the total amount: _N/A_

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐Yes ☒No

If "Yes," describe the asset(s) and state the value of each asset listed.
_N/A_

7. Do you have any other assets? ☐Yes ☒No

If "Yes," list the asset(s) and state the value of each asset listed.
_N/A_

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? ☐Yes ☒No

If "Yes," describe and provide the amount of the monthly expense.
_N/A_

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
_N/A_

10. Do you have any debts or financial obligations?  ☐ Yes  ☒ No

If "Yes" describe the amounts owed and to whom they are payable.

_N/A_

     I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint or $5.00 for a petition for writ of habeas corpus in accordance with the Prison Litigation Reform Act, P.L. 104-134 (110 Stat. 1321), Section 804(a)(to be codified at 28 U.S.C. § 1915(b)).

     I declare under penalty of perjury that the above information is true and correct.

April 27, 2016
DATE

_____
SIGNATURE OF APPLICANT

Randy Maidens
PRINTED NAME OF APPLICANT

DOC:  0008471541    Name: MAIDENS, RANDY LEE    DOB: 10/16/1972

LOCATION: SRCI-C1_A3-1A328A

Max Date:

ACCOUNT BALANCES  Total :    46.97   CURRENT:    46.97  HOLD:    0.00

| SUB ACCOUNT | 10/13/2015 START BALANCE | 04/13/2016 END BALANCE |
|---|---|---|
| RESERVED COUNTY COURT FEES | 0.00 | 0.00 |
| INMATE SPENDING ACCOUNT | 165.45 | 46.97 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| CCCFA | CCCF POSTAGE ADVANCE | 05082009 | 0.00 | 0.50 |
| COPA | COPY ADVANCE | 07072009 | 0.00 | 89.90 |
| COUA | COUNTY COURT FEES ADVANCE | 02202014 | 0.00 | 252.00 |
| DENA | DENTAL ADVANCE | 12142011 | 0.00 | 250.00 |
| OCICA | OCIC POSTAGE ADVANCE | 04232009 | 0.00 | 19.36 |
| SRCIA | SRCI POSTAGE ADVANCE | 06222011 | 0.00 | 18.20 |
| USA | US COURT FILING FEE ADVANCE | 10052010 | 0.00 | 350.00 |

TRANSACTION DESCRIPTIONS ---    RESERVED COUNTY  SUB-ACCOUNT
COURT FEES

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --    INMATE SPENDING  SUB-ACCOUNT
ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/13/2015 | 2732 | Payable TELMATE Phone System | ( 10.00) | 155.45 |
| 10/15/2015 | CRS | CRS SAL ORD #6336903SRCI | ( 11.82) | 143.63 |
| 10/19/2015 | CRS | CRS SAL ORD #6340798SRCI | ( 17.50) | 126.13 |
| 10/20/2015 | CRS | CRS SAL ORD #6344121SRCI | ( 14.60) | 111.53 |
| 10/22/2015 | COPS | SRCI Copy Sales | ( 4.80) | 106.73 |
| 10/23/2015 | DEP | DAVID HAMAN | 100.00 | 206.73 |
| 10/26/2015 | CRS | CRS SAL ORD #6350693SRCI | ( 26.25) | 180.48 |
| 10/27/2015 | 2732 | Payable TELMATE Phone System | ( 15.00) | 165.48 |
| 10/27/2015 | CRS | CRS SAL ORD #6353682SRCI | ( 25.80) | 139.68 |
| 11/02/2015 | INT1 | Interest Distribution | 0.05 | 139.73 |
| 11/02/2015 | CDR | ERHBC | ( 11.45) | 128.28 |
| 11/02/2015 | CRS | CRS SAL ORD #6359359SRCI | ( 26.25) | 102.03 |
| 11/05/2015 | DED | Deduction-CLR-04222009 D | ( 30.00) | 72.03 |
| 11/05/2015 | AWD | AWARDS 10/2015 SRCI | 77.90 | 149.93 |

CERTIFIED TO BE A TRUE COPY
SIGNED _C. Wedekind_
FOR OREGON DEPT OF CORRECTIONS
SNAKE RIVER CORRECTIONAL INSTITUTION
ON THIS DATE 4·13·16

DOC:  0008471541    Name: MAIDENS, RANDY LEE                    DOB: 10/16/1972
LOCATION: SRCI-C1_A3-1A328A

                                                          Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 11/05/2015 | DED | Deduction-CLR-04222009 D | 30.00 | 179.93 |
| 11/09/2015 | CRS | CRS SAL ORD #6367914SRCI | ( 8.75) | 171.18 |
| 11/12/2015 | COPS | SRCI Copy Sales | ( 1.80) | 169.38 |
| 11/12/2015 | CRS | CRS SAL ORD #6375452SRCI | ( 12.44) | 156.94 |
| 11/14/2015 | DEP | DAVID HAMAN | 60.00 | 216.94 |
| 11/16/2015 | CRS | CRS SAL ORD #6378435SRCI | ( 17.50) | 199.44 |
| 11/17/2015 | CRS | CRS SAL ORD #6382666SRCI | ( 8.63) | 190.81 |
| 11/19/2015 | 2732 | Payable TELMATE Phone System | ( 10.00) | 180.81 |
| 11/19/2015 | COPS | SRCI Copy Sales | ( 0.80) | 180.01 |
| 11/23/2015 | CRS | CRS SAL ORD #6388381SRCI | ( 8.75) | 171.26 |
| 11/23/2015 | CRS | CRS SAL ORD #6388243SRCI | ( 17.50) | 153.76 |
| 11/30/2015 | CRS | CRS SAL ORD #6391854SRCI | ( 75.53) | 78.23 |
| 12/01/2015 | CRS | CRS SAL ORD #6392652SRCI | ( 43.00) | 35.23 |
| 12/03/2015 | INT1 | Interest Distribution | 0.05 | 35.28 |
| 12/07/2015 | CRS | CRS SAL ORD #6402075SRCI | ( 17.50) | 17.78 |
| 12/08/2015 | CRS | CRS SAL ORD #6406669SRCI | ( 1.92) | 15.86 |
| 12/10/2015 | DED | Deduction-CLR-04222009 D | 30.00 | 45.86 |
| 12/10/2015 | AWD | AWARDS 11/2015 SRCI | 77.90 | 123.76 |
| 12/10/2015 | DED | Deduction-CLR-04222009 D | ( 30.00) | 93.76 |
| 12/14/2015 | CRS | CRS SAL ORD #6415317SRCI | ( 48.92) | 44.84 |
| 12/14/2015 | CRS | CRS SAL ORD #6413732SRCI | ( 17.50) | 27.34 |
| 12/21/2015 | CRS | CRS SAL ORD #6425943SRCI | ( 6.03) | 21.31 |
| 12/21/2015 | CRS | CRS SAL ORD #6426567SRCI | ( 8.75) | 12.56 |
| 12/24/2015 | COPS | SRCI Copy Sales | ( 0.80) | 11.76 |
| 12/28/2015 | DEP | D HAMAN | 100.00 | 111.76 |
| 12/29/2015 | CRS | CRS SAL ORD #6439780SRCI | ( 2.19) | 109.57 |
| 01/04/2016 | INT1 | Interest Distribution | 0.04 | 109.61 |
| 01/04/2016 | CRS | CRS SAL ORD #6445472SRCI | ( 26.25) | 83.36 |
| 01/05/2016 | COPA | Copy Advance | 6.10 | 89.46 |
| 01/05/2016 | COP | SRCI Copy Debt | ( 2.50) | 86.96 |
| 01/05/2016 | COPA | Copy Advance | 2.50 | 89.46 |
| 01/05/2016 | COP | SRCI Copy Debt | ( 6.10) | 83.36 |
| 01/05/2016 | COP | SRCI Copy Debt | ( 2.80) | 80.56 |
| 01/05/2016 | COPA | Copy Advance | 2.80 | 83.36 |
| 01/05/2016 | COP | SRCI Copy Debt | ( 2.70) | 80.66 |
| 01/05/2016 | COPA | Copy Advance | 2.70 | 83.36 |
| 01/05/2016 | CRS | CRS SAL ORD #6448166SRCI | ( 83.28) | 0.08 |

CERTIFIED TO BE A TRUE COPY
SIGNED _____C. Wedekiad_____
FOR OREGON DEPT OF CORRECTIONS
SNAKE RIVER CORRECTIONAL INSTITUTION
ON THIS DATE _4.13.16_

DOC: 0008471541    Name: MAIDENS, RANDY LEE      DOB: 10/16/1972

LOCATION: SRCI-C1_A3-1A328A

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 01/07/2016 | AWD | AWARDS 12/2015 SRCI | 77.90 | 77.98 |
| 01/07/2016 | DED | Deduction-CLR-04222009 D | ( 30.00) | 47.98 |
| 01/07/2016 | DED | Deduction-CLR-04222009 D | 30.00 | 77.98 |
| 01/07/2016 | DED | Deduction-COPA-07072009 D | ( 14.10) | 63.88 |
| 01/12/2016 | CRS | CRS SAL ORD #6460036SRCI | ( 27.34) | 36.54 |
| 01/15/2016 | 2732 | Payable Phone System | ( 8.00) | 28.54 |
| 01/21/2016 | COPS | SRCI Copy Sales | ( 4.70) | 23.84 |
| 01/25/2016 | CRS | CRS SAL ORD #6476023SRCI | ( 8.75) | 15.09 |
| 01/28/2016 | COPS | SRCI Copy Sales | ( 0.80) | 14.29 |
| 02/01/2016 | INT1 | Interest Distribution | 0.03 | 14.32 |
| 02/01/2016 | CRS | CRS SAL ORD #6484153SRCI | ( 8.75) | 5.57 |
| 02/04/2016 | DED | Deduction-CLR-04222009 D | 30.00 | 35.57 |
| 02/04/2016 | AWD | AWARDS 01/2016 SRCI | 77.90 | 113.47 |
| 02/04/2016 | DED | Deduction-CLR-04222009 D | ( 30.00) | 83.47 |
| 02/05/2016 | COPS | SRCI Copy Sales | ( 5.40) | 78.07 |
| 02/08/2016 | CRS | CRS SAL ORD #6493142SRCI | ( 8.75) | 69.32 |
| 02/08/2016 | 2732 | Payable TELMATE Phone System | ( 8.00) | 61.32 |
| 02/10/2016 | COPS | SRCI Copy Sales | ( 4.10) | 57.22 |
| 02/10/2016 | CRS | CRS SAL ORD #6499278SRCI | ( 19.42) | 37.80 |
| 02/18/2016 | COPS | SRCI Copy Sales | ( 1.80) | 36.00 |
| 02/23/2016 | CRS | CRS SAL ORD #6518260SRCI | ( 14.32) | 21.68 |
| 03/01/2016 | CRS | CRS SAL ORD #6527862SRCI | ( 9.62) | 12.06 |
| 03/03/2016 | INT1 | Interest Distribution | 0.01 | 12.07 |
| 03/04/2016 | COPS | SRCI Copy Sales | ( 2.30) | 9.77 |
| 03/10/2016 | DED | Deduction-CLR-04222009 D | 30.00 | 39.77 |
| 03/10/2016 | AWD | AWARDS 02/2016 SRCI | 77.90 | 117.67 |
| 03/10/2016 | DED | Deduction-CLR-04222009 D | ( 30.00) | 87.67 |
| 03/10/2016 | COPS | SRCI Copy Sales | ( 1.30) | 86.37 |
| 03/14/2016 | 2732 | Payable TELMATE Phone System | ( 10.00) | 76.37 |
| 03/14/2016 | CRS | CRS SAL ORD #6541990SRCI | ( 17.50) | 58.87 |
| 03/16/2016 | CRS | CRS SAL ORD #6547919SRCI | ( 27.37) | 31.50 |
| 03/18/2016 | COPS | SRCI Copy Sales | ( 0.60) | 30.90 |
| 03/18/2016 | COPS | SRCI Copy Sales | ( 4.80) | 26.10 |
| 03/23/2016 | CRS | CRS SAL ORD #6558516SRCI | ( 12.99) | 13.11 |
| 03/24/2016 | COPS | SRCI Copy Sales | ( 0.10) | 13.01 |
| 03/25/2016 | CDR | STATE COURT ADMINISTRATOR | ( 3.00) | 10.01 |
| 04/04/2016 | CRS | CRS SAL ORD #6571696SRCI | ( 8.75) | 1.26 |

CERTIFIED TO BE A TRUE COPY
SIGNED _C. Wedekind_
FOR OREGON DEPT OF CORRECTIONS
SNAKE RIVER CORRECTIONAL INSTITUTION
ON THIS DATE _4-13-16_

# T R U S T   A C C O U N T   S T A T E M E N T

DOC:  0008471541    Name: MAIDENS, RANDY LEE       DOB: 10/16/1972
LOCATION: SRCI-C1_A3-1A328A

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 04/07/2016 | DED | Deduction-CLR-04222009 D | ( 30.00) | ( 28.74) |
| 04/07/2016 | AWD | AWARDS 03/2016 SRCI | 77.90 | 49.16 |
| 04/07/2016 | DED | Deduction-CLR-04222009 D | 30.00 | 79.16 |
| 04/12/2016 | INT1 | Interest Distribution | 0.01 | 79.17 |
| 04/13/2016 | CRS | CRS SAL ORD #6586947SRCI | ( 32.20) | 46.97 |

CERTIFIED TO BE A TRUE COPY
SIGNED _C. Wedekind_
FOR OREGON DEPT OF CORRECTIONS
SNAKE RIVER CORRECTIONAL INSTITUTION
ON THIS DATE 4.13.16

# CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that the applicant named herein has the sum of $ __**46.97**__ on account to his/her credit at __Snake River Correctional Institution__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __**81.38**__ . I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __**80.82**__ .

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

__04/13/2016__
DATE

__A. Wedekind__
SIGNATURE OF AUTHORIZED OFFICER