IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDY LEE MAIDENS,

        Petitioner,

v.

MARK NOOTH,

        Respondent.

Case No. 3:16-cv-00753-SU

JUDGMENT

SULLIVAN, Magistrate Judge.

    Petitioner's Motion (#66) seeking to voluntarily dismiss this case is granted. IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Based upon the voluntary nature of the dismissal, the Court declines to issue a Certificate of Appealability. Pending motions, if any, are DENIED AS MOOT.

    DATED this <u>11th</u> day of December, 2019.

                                          /s/ Patricia Sullivan
                                          Patricia Sullivan
                                          United States Magistrate Judge

1 - JUDGMENT